Michael K. Johnson, Esq.
Kenneth W. Pearson, Esq.
Rolf T. Fiebiger, Esq.
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
(612) 436-1800
mjohnson@johnsonbecker.com
kpearson@johnsonbecker.com
rfiebiger@johnsonbecker.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| *Kari Rae Wickstrom and David Wickstrom*, | **MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND JURY DEMAND** |
| Plaintiffs, | |
| v. | |
| *C.R. Bard, Inc., and Bard Peripheral Vascular, Inc.,* | |
| Defendants | |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Kari Rae Wickstrom

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

David Wickstrom

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Minnesota

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Minnesota

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Minnesota

7. District Court and Division in which venue would be proper absent direct filing:

District of Minnesota

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

    a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☒ G2® Vena Cava Filter
- ☐ G2® Express (G2®X) Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

April 18, 2010

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☐ Count I:  Strict Products Liability – Manufacturing Defect
- ☐ Count II:  Strict Products Liability – Information Defect (Failure to Warn)
- ☐ Count III:  Strict Products Liability – Design Defect
- ☒ Count IV:  Negligence - Design

-3-

☒ Count V:     Negligence - Manufacture

☒ Count VI:    Negligence – Failure to Recall/Retrofit

☒ Count VII:   Negligence – Failure to Warn

☒ Count VIII:  Negligent Misrepresentation

☐ Count IX:    Negligence *Per Se*

☐ Count X:     Breach of Express Warranty

☐ Count XI:    Breach of Implied Warranty

☒ Count XII:   Fraudulent Misrepresentation

☒ Count XIII:  Fraudulent Concealment

☒ Count XIV:   Violations of Applicable Minnesota Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count XV:    Loss of Consortium

☐ Count XVI:   Wrongful Death

☐ Count XVII:  Survival

☐ Punitive Damages

☐ Other(s):    _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

Plaintiff requests trial by jury.

RESPECTFULLY SUBMITTED this 13th day of April, 2016.

          JOHNSON BECKER, PLLC

          By /s/ Michael K. Johnson
          Michael K. Johnson, Esq.
          Kenneth W. Pearson, Esq.
          Rolf T. Fiebiger, Esq.
          33 South Sixth Street, Suite 4530
          Minneapolis, Minnesota 55402
          Tel: (612) 436-1800
          mjohnson@johnsonbecker.com
          kpearson@johnsonbecker.com
          rfiebiger@johnsonbecker.com

          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

          */s/Michael K. Johnson*